# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00447-CV

**Fleetwood Motor Homes of Indiana, Inc., Appellant**

**v.**

**Texas Department of Transportation Motor Vehicle Division, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. GN203357, HONORABLE PAUL DAVIS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Fleetwood Motor Homes of Indiana, Inc. has filed an unopposed motion to dismiss the appeal based on the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a).  We grant the motion and dismiss the appeal.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   November 18, 2004